# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

OTIS STOUT,

    Plaintiff,                              Case Numbers: 07-10247

v.                                        Hon. Arthur J. Tarnow
                                          Magistrate Judge: R. Steven Whalen

VIENNA TOWNSHIP, *et al.*,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 15]

Before the Court is Defendants' Motion for Summary Judgment [DE 15], on which the Court heard oral argument February 19, 2008. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [DE 15] is GRANTED.

SO ORDERED.


                                               S/ARTHUR J. TARNOW
                                               Arthur J. Tarnow
                                               United States District Judge

Dated: February 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 19, 2008, by electronic and/or ordinary mail.

                                               S/THERESA E. TAYLOR
                                               Case Manager