**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

OTIS STOUT,

    Plaintiff,                                Case Numbers: 07-10247

v.                                             Hon. Arthur J. Tarnow
                                                 Magistrate Judge: R. Steven Whalen

VIENNA TOWNSHIP, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day, February 19, 2008,

IT IS ORDERED AND ADJUDGED that this case shall be DISMISSED WITHOUT PREJUDICE.

Dated at Detroit, Michigan, this 19th day of February, 2008.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT


                                                BY:s/THERESA E. TAYLOR
                                                     Deputy Clerk

Approved:


S/ARTHUR J. TARNOW
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE
                                                .